SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-01311-JAM-DAD** |
|         Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL OF SUNNY O.H. LEE** |
|     vs. | ) |
| Eugene Chu, et al, | ) Case to Remain Open with Remaining Defendants |
|         Defendants | ) |

   IT IS HEREBY ORDERED THAT Defendant Sunny O.H. Lee is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  6/30/2011

                         /s/ John A. Mendez_____
                         U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com